**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**REGIONS BANK,**

              **Plaintiff,**

-vs-                                  **Case No. 6:09-cv-1645-Orl-28DAB**

**RA. INVESTMENT HOLDINGS, INC.,**
**GRANT-ALLAN ENTERPRISES, INC.,**
**WILLIAM ALLAN, RUSSELL ALLAN,**

              **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Verified Motion for Summary Judgment (Doc. No. 22) filed January 13, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 12, 2010 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Summary Judgment is **GRANTED**.

3. Plaintiff shall submit a proposed Final Judgment no later than June 25, 2010, with interest calculated through June 30, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11th__ day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                          JOHN ANTOON II
                                          United States District Judge